IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHN W. McGEE, SR.                                                                                    PLAINTIFF

VS.                                    CASE NO. 2:14-cv-02230-MEF

KEVIN D. LINDSEY, Chief of Police,
Fort Smith Police Department;
DETECTIVE MICHAEL McCOY;
OFFICER JOSH MIXON; and,
OFFICER GARY HULSEY                                                                             DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered on this date, Plaintiff's Complaint (Doc. 1) is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED** this 17th day of July, 2015.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE